# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

ANDREW P. GLUSHKO, :

    Petitioner :

           CIVIL ACTION NO. 3:14-2469

v. :

           (Judge Mannion)

PA BD. OF PROBATION :
and PAROLE, et al.,

                      :

    Respondent

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely under the statute of limitations. See 28 U.S.C. §2244(d).

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

           s/ *Malachy E. Mannion*
           **MALACHY E. MANNION**
           **United States District Judge**

**DATED: November 15, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-2469-01-ORDER.wpd